**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Michael Alonza RUFUS, Defendant–Appellant.**

No. 16–6181

United States Court of Appeals, Fourth Circuit.

Submitted: June 30, 2016

Decided: July 11, 2016

Michael Alonza Rufus, Appellant Pro Se. Beth Drake, Acting United States Attorney, William Kenneth Witherspoon, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before GREGORY, Chief Judge, and WILKINSON and NIEMEYER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

**PER CURIAM:**

Michael Alonza Rufus appeals the district court's order denying his motion for a writ of error coram nobis pursuant to 28 U.S.C. § 1651 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. See United States v. Rufus, No. 3:02–cr–00550–MBS–1 (D.S.C. Jan. 5, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED